FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR - 2 2020

James N. Hatten, Clerk
By: 
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal Action No. |
| DAUDA SAIBU | 1:20-CR-109 |

I, Dauda Saibu, the above named defendant, who is accused of bribery of a public official under Title 18, United States Code, Section 201(b)(1), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on March 2, 2020 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Dauda Saibu
Defendant

_____    / Michael Murphy
Molly Parmer
Counsel for Defendant

Before _____
        Judicial Officer